**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: FLETCHER, TODD A                              §    Case No. 09-73411
      FLETCHER, PATRICIA M                       §
                                                                    §
  Debtor(s)                                                      §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

    1.  A petition under Chapter 7 of the United States Bankruptcy Code
was filed on August 13, 2009.  The undersigned trustee was appointed on October 08, 2015.

    2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

    3.  All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A.**

    4.  The trustee realized the gross receipts of            $_____112,020.57

           Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 53,512.17 |
| Bank service fees | 195.94 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 15,000.00 |
| Other payments to the debtor | 20,000.00 |
| Leaving a balance on hand of[1]    $ | 23,312.46 |

The remaining funds are available for distribution.

    5.  Attached as **Exhibit B**  is a cash receipts and disbursements record for each estate bank
account.

---

    1 The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest
earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may
receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on
account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.  The deadline for filing  non-governmental claims in this case was 01/13/2016 and the deadline for filing governmental claims was 02/09/2010.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C** .

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,638.92.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $6,638.92, for a total compensation of $6,638.92. [2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $220.52, for total expenses of $220.52. [2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_11/22/2016_____   By:/s/JOSEPH D. OLSEN_____
Trustee, Bar No.:

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 09-73411 | **Trustee:** (330400) JOSEPH D. OLSEN |
| **Case Name:** FLETCHER, TODD A | **Filed (f) or Converted (c):** 11/19/09 (c) |
| FLETCHER, PATRICIA M | **§341(a) Meeting Date:** 01/07/10 |
| **Period Ending:** 11/22/16 | **Claims Bar Date:** 01/13/16 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Checking - Associated | 0.00 | 0.00 | | 0.00 | FA |
| 2 | HHGS/furnishings | 1,500.00 | 0.00 | | 0.00 | FA |
| 3 | Clothing and personal items | 1,000.00 | 0.00 | | 0.00 | FA |
| 4 | Wedding Rings | 100.00 | 0.00 | | 0.00 | FA |
| 5 | (4) term life insur. policy | 0.00 | 0.00 | | 0.00 | FA |
| 6 | 401K Plan | 2,800.00 | 0.00 | | 0.00 | FA |
| 7 | Interest in Pension | Unknown | 0.00 | | 0.00 | FA |
| 8 | Void | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Single family residence - 717 Grand Ave. | 87,993.00 | 0.00 | | 0.00 | FA |
| 10 | PI case - vaginal mesh action  (u) | 15,000.00 | 0.00 | | 112,020.57 | FA |
| 11 | Void | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Void | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Void | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Void | 0.00 | 0.00 | | 0.00 | FA |
| 15 | Void | 0.00 | 0.00 | | 0.00 | FA |
| 16 | Void | 0.00 | 0.00 | | 0.00 | FA |
| 17 | Void | Unknown | 0.00 | | 0.00 | FA |
| 18 | 1996 Chrysler Cirrus | 1,275.00 | 0.00 | | 0.00 | FA |
| 19 | 1997 Dodge Avenger | 1,725.00 | 0.00 | | 0.00 | FA |
| 20 | 1994 Mazda | 575.00 | 0.00 | | 0.00 | FA |
| 21 | Void | 0.00 | 0.00 | | 0.00 | FA |
| 22 | Void | 0.00 | 0.00 | | 0.00 | FA |
| 23 | Void | 0.00 | 0.00 | | 0.00 | FA |
| 24 | Void | 0.00 | 0.00 | | 0.00 | FA |
| 25 | Void | 0.00 | 0.00 | | 0.00 | FA |
| 25 | **Assets**    Totals (Excluding unknown values) | **$111,968.00** | **$0.00** | | **$112,020.57** | **$0.00** |

Exhibit A

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 09-73411 | Trustee: (330400) JOSEPH D. OLSEN |
| Case Name: FLETCHER, TODD A | Filed (f) or Converted (c): 11/19/09 (c) |
| FLETCHER, PATRICIA M | §341(a) Meeting Date: 01/07/10 |
| Period Ending: 11/22/16 | Claims Bar Date: 01/13/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities Affecting Case Closing:**

This case was previously administered by a different Trustee with a No Asset Report being filed and the case closed on 3/15/10. Later a vaginal mesh tort claim settlement came to the attention of the prior Trustee who is no longer a panel member and the case was assigned to the current Trustee. The file was reopened on or about 10/7/15. Since its reopening, the Trustee has filed a motion to employ special counsel to complete the vaginal mesh tort claim settlement process and that motion will be heard on 1/11/16. It is estimated the gross settlement will be approximately $120,000.00 with the net payout to the Trustee being approximately one-half that amount ($59,000.00). The Trustee anticipates the file being completed during calendar year 2016 but is at the mercy at the settlement coordinator for the mutli-district litigation on receiving the distribution check.

| Initial Projected Date Of Final Report (TFR): | December 31, 2016 | Current Projected Date Of Final Report (TFR): | December 31, 2016 |
|---|---|---|---|

Printed: 11/22/2016 03:20 PM    V.13.28

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 09-73411 | |
| Case Name: | FLETCHER, TODD A | |
| | FLETCHER, PATRICIA M | |
| Taxpayer ID #: | **-***6019 | |
| Period Ending: | 11/22/16 | |

| | |
|---|---|
| Trustee: | JOSEPH D. OLSEN (330400) |
| Bank Name: | Rabobank, N.A. |
| Account: | ******2966 - Checking Account |
| Blanket Bond: | $1,500,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/08/16 | {10} | Boston Scientific QSF | PI settlement funds | 1242-000 | 112,020.57 | | 112,020.57 |
| 09/19/16 | 101 | Patricia Fletcher | Debtor's P.I. exemption | 8100-002 | | 15,000.00 | 97,020.57 |
| 09/20/16 | 102 | Freese & Goss, PPLC | Per Court Order of 7/11/16 - P.I. attys fees & costs | 3210-600 | | 52,509.84 | 44,510.73 |
| 09/20/16 | 103 | Garretson Resolution Group | Per Court order of 7/11/16 - settlement administration fee | 3992-000 | | 1,002.33 | 43,508.40 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 105.30 | 43,403.10 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 90.64 | 43,312.46 |
| 11/02/16 | 104 | Patricia Fletcher | Per court order 10/31/2016 | 8200-002 | | 20,000.00 | 23,312.46 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | | 112,020.57 | 88,708.11 | $23,312.46 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| Subtotal | 112,020.57 | 88,708.11 | |
| Less: Payments to Debtors | | 35,000.00 | |
| NET Receipts / Disbursements | $112,020.57 | $53,708.11 | |

| | |
|---|---|
| Net Receipts : | 112,020.57 |
| Less Payments to Debtor : | 35,000.00 |
| Net Estate : | $77,020.57 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******2966 | 112,020.57 | 53,708.11 | 23,312.46 |
| | $112,020.57 | $53,708.11 | $23,312.46 |

Printed:  11/22/16 03:20 PM                                                                                    Page:  1

## Exhibit "C"  -  Analysis of Claims Register

### Case:  09-73411    FLETCHER, TODD A

| Case Balance: | $23,312.46 | Total Proposed Payment: | $23,312.46 | Remaining Balance: | $0.00 |
|---|---|---|---|---|---|

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | JOSEPH D. OLSEN <br><2200-00  Trustee Expenses> | Admin Ch.  7 | 220.52 | 220.52 | 0.00 | 220.52 | 220.52 | 23,091.94 |
| | Joseph D Olsen <br><3110-00  Attorney for Trustee Fees (Trustee Firm)> | Admin Ch.  7 | 2,337.50 | 2,337.50 | 0.00 | 2,337.50 | 2,337.50 | 20,754.44 |
| | Joseph D. Olsen <br><2100-00  Trustee Compensation> | Admin Ch.  7 | 6,638.92 | 6,638.92 | 0.00 | 6,638.92 | 6,638.92 | 14,115.52 |
| 1 | CITIZENS FINANCE | Secured | 3,447.13 | 0.00 | 0.00 | 0.00 | 0.00 | 14,115.52 |
| 5S | AMERICAN GENERAL FINANCE | Secured | 1,100.00 | 0.00 | 0.00 | 0.00 | 0.00 | 14,115.52 |
| 8 -2 | Chase Home Finance LLC | Secured | 101,419.93 | 0.00 | 0.00 | 0.00 | 0.00 | 14,115.52 |
| 2 | MUTUAL MANAGEMENT SERVICES | Unsecured | 218.26 * | 0.00 | 0.00 | 0.00 | 0.00 | 14,115.52 |
| 3 | AMERICAN INFOSOURCE LP AS AGENT FOR | Unsecured | 192.04 | 192.04 | 0.00 | 192.04 | 192.04 | 13,923.48 |
| 4 | ALL CREDIT LENDERS | Unsecured | 497.84 * | 0.00 | 0.00 | 0.00 | 0.00 | 13,923.48 |
| 5U | AMERICAN GENERAL FINANCE | Unsecured | 2,211.81 | 2,211.81 | 0.00 | 2,211.81 | 2,211.81 | 11,711.67 |
| 6 | Cottonwood Financial Illinois, LLC | Unsecured | 727.66 * | 0.00 | 0.00 | 0.00 | 0.00 | 11,711.67 |
| 7 | AFFORDABLE CASH ADVANCE | Unsecured | 233.12 * | 0.00 | 0.00 | 0.00 | 0.00 | 11,711.67 |
| 9 | AFFORDABLE CASH ADVANCE | Unsecured | 233.12 * | 0.00 | 0.00 | 0.00 | 0.00 | 11,711.67 |
| 10 | HEALTHFIRST PHYS REHAB | Unsecured | 367.18 * | 0.00 | 0.00 | 0.00 | 0.00 | 11,711.67 |
| 11 | ROCKFORD HEALTH PHYSICIANS | Unsecured | 643.80 * | 274.00 | 0.00 | 274.00 | 274.00 | 11,437.67 |
| 12 | PRA Receivables Management, LLC | Unsecured | 150.49 | 150.49 | 0.00 | 150.49 | 150.49 | 11,287.18 |
| 13 | Seventh Avenue | Unsecured | 283.52 | 283.52 | 0.00 | 283.52 | 283.52 | 11,003.66 |
| 14 | PALISADES COLLECTIONS LLC | Unsecured | 1,199.40 | 1,199.40 | 0.00 | 1,199.40 | 1,199.40 | 9,804.26 |
| 15 | Asset Acceptance LLC / Assignee / Target National | Unsecured | 174.25 | 174.25 | 0.00 | 174.25 | 174.25 | 9,630.01 |
| 16 | ROCK RIVER WATER RECLAMATION DISTRI | Unsecured | 355.41 * | 0.00 | 0.00 | 0.00 | 0.00 | 9,630.01 |
| 17 | MUTUAL MANAGEMENT SERVICES | Unsecured | 433.31 * | 0.00 | 0.00 | 0.00 | 0.00 | 9,630.01 |
| 18 | Cottonwood Financial Illinois, LLC. | Unsecured | 727.66 * | 0.00 | 0.00 | 0.00 | 0.00 | 9,630.01 |

(*) Denotes objection to Amount Filed

Printed:  11/22/16 03:20 PM                                                                                    Page:  2

## Exhibit "C" -  Analysis of Claims Register

### Case:  09-73411    FLETCHER, TODD A

**Case Balance:**      $23,312.46          **Total Proposed Payment:**   $23,312.46          **Remaining Balance:**        $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---------|---------------|------|-------------|----------------|--------------|---------------|------------------|-----------------|
| 19 | NICOR GAS COMPANY | Unsecured | 220.64 | 220.64 | 0.00 | 220.64 | 220.64 | 9,409.37 |
| 20 | ROCKFORD HEALTH PHYSICIANS | Unsecured | 641.40 * | 0.00 | 0.00 | 0.00 | 0.00 | 9,409.37 |
| 3I | AMERICAN INFOSOURCE LP AS AGENT FOR | Unsecured | 6.82 | 6.82 | 0.00 | 6.82 | 6.82 | 9,402.55 |
| 11I | ROCKFORD HEALTH PHYSICIANS | Unsecured | 9.73 * | 9.73 | 0.00 | 9.73 | 9.73 | 9,392.82 |
| 12I | PRA Receivables Management, LLC | Unsecured | 5.34 | 5.34 | 0.00 | 5.34 | 5.34 | 9,387.48 |
| 13I | Seventh Avenue | Unsecured | 10.07 | 10.07 | 0.00 | 10.07 | 10.07 | 9,377.41 |
| 14I | PALISADES COLLECTIONS LLC | Unsecured | 42.59 | 42.59 | 0.00 | 42.59 | 42.59 | 9,334.82 |
| 15I | Asset Acceptance LLC / Assignee / Target National | Unsecured | 6.19 | 6.19 | 0.00 | 6.19 | 6.19 | 9,328.63 |
| 19I | NICOR GAS COMPANY | Unsecured | 7.83 | 7.83 | 0.00 | 7.83 | 7.83 | 9,320.80 |
| 5UI | AMERICAN GENERAL FINANCE | Unsecured | 78.54 | 78.54 | 0.00 | 78.54 | 78.54 | 9,242.26 |
| SURPLUS | FLETCHER, PATRICIA | Unsecured | 29,242.26 | 29,242.26 | 0.00 | 29,242.26 | 9,242.26 | 0.00 |

|  | **Total for Case 09-73411 :** | | **$154,084.28** | **$43,312.46** | **$0.00** | **$43,312.46** | **$23,312.46** | |

### CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|-------------|----------------|--------------|------------------|--------|
| **Total Administrative Claims :** | $9,196.94 | $9,196.94 | $0.00 | $9,196.94 | 100.000000% |
| **Total Secured Claims :** | $105,967.06 | $0.00 | $0.00 | $0.00 | 0.000000% |
| **Total Unsecured Claims :** | $38,920.28 | $34,115.52 | $0.00 | $14,115.52 | 41.375655% |

(*) Denotes objection to Amount Filed

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-73411
Case Name: FLETCHER, TODD A
Trustee Name: JOSEPH D. OLSEN

| | **Balance on hand:** | $ | 23,312.46 |
|---|---|---|---|

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | CITIZENS FINANCE | 3,447.13 | 0.00 | 0.00 | 0.00 |
| 5S | AMERICAN GENERAL FINANCE | 1,100.00 | 0.00 | 0.00 | 0.00 |
| 8 -2 | Chase Home Finance LLC | 101,419.93 | 0.00 | 0.00 | 0.00 |

| | Total to be paid to secured creditors: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 23,312.46 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Joseph D. Olsen | 6,638.92 | 0.00 | 6,638.92 |
| Trustee, Expenses - JOSEPH D. OLSEN | 220.52 | 0.00 | 220.52 |
| Attorney for Trustee, Fees - Joseph D Olsen | 2,337.50 | 0.00 | 2,337.50 |

| | Total to be paid for chapter 7 administration expenses: | $ | 9,196.94 |
|---|---|---|---|
| | Remaining balance: | $ | 14,115.52 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 14,115.52 |

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 14,115.52 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 4,706.15 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 |
| 3 | AMERICAN INFOSOURCE LP AS AGENT FOR | 192.04 | 0.00 | 192.04 |
| 4 | ALL CREDIT LENDERS | 0.00 | 0.00 | 0.00 |
| 5U | AMERICAN GENERAL FINANCE | 2,211.81 | 0.00 | 2,211.81 |
| 6 | Cottonwood Financial Illinois, LLC | 0.00 | 0.00 | 0.00 |
| 7 | AFFORDABLE CASH ADVANCE | 0.00 | 0.00 | 0.00 |
| 9 | AFFORDABLE CASH ADVANCE | 0.00 | 0.00 | 0.00 |
| 10 | HEALTHFIRST PHYS REHAB | 0.00 | 0.00 | 0.00 |
| 11 | ROCKFORD HEALTH PHYSICIANS | 274.00 | 0.00 | 274.00 |
| 12 | PRA Receivables Management, LLC | 150.49 | 0.00 | 150.49 |
| 13 | Seventh Avenue | 283.52 | 0.00 | 283.52 |
| 14 | PALISADES COLLECTIONS LLC | 1,199.40 | 0.00 | 1,199.40 |
| 15 | Asset Acceptance LLC / Assignee / Target National | 174.25 | 0.00 | 174.25 |
| 16 | ROCK RIVER WATER RECLAMATION DISTRI | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

| 17 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 |
| 18 | Cottonwood Financial Illinois, LLC. | 0.00 | 0.00 | 0.00 |
| 19 | NICOR GAS COMPANY | 220.64 | 0.00 | 220.64 |
| 20 | ROCKFORD HEALTH PHYSICIANS | 0.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 4,706.15

Remaining balance: $ 9,409.37

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00

Remaining balance: $ 9,409.37

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 9,409.37

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.5% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $167.11. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $9,242.26.

**UST Form 101-7-TFR (05/1/2011)**