UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 7 |
| TODD A FLETCHER and | § | |
| PATRICIA M FLETCHER | § | Case Number: 09-73411 |
| | § | |
| Debtor. | § | JUDGE THOMAS M. LYNCH |

## CERTIFICATE OF SERVICE

The undersigned certifies that on  November  29 , 2016, she served upon all persons to whom it is directed via electronic communication as indicated below and by United States Mail as indicated on the attached service list, a copy of the Notice of Trustee's Final Report.

Attorney Jeffry A Dahlberg
5130 North Second Street
Loves Park, IL 61111

Patrick Layng
Office of the U.S. Trustee
780 Regent Street, Suite 304
Madison, WI 53715

/s/ Marti Maravich

Joseph D. Olsen, Trustee
Yalden, Olsen & Willette
1318 East State Street
Rockford, IL 61104-2228
815-965-8635
815-965-4573 (facsimile)

Chase Home Finance LLC
3415 Vision Drive
Columbus, OH 43219-6009

Todd A. Fletcher
717 Grand Avenue
Loves Park, IL 61111-5118

Patricia M. Fletcher
717 Grand Avenue
Loves Park, IL 61111-5118


ACCOUNTS RECEIVABLE MANAGEMENT
7834 N. Second Street, Unit 5
Machesney Park, IL 61115-2871

ADVANCE AMERICA
5924 North Second Street
Loves Park, IL 61111-4647

AFFORDABLE CASH ADVANCE
7007 N. Second Street, Ste G
Machesney Park, IL 61115-3744


ALL CREDIT LENDERS
POB 250
Gilberts IL 60136-0250

ALLIED BUSINESS ACCOUNTS, INC.
P.O. Box 1600
Clinton, IA 52733-1600

(p)SPRINGLEAF FINANCIAL SERVICES
P O BOX 3251
EVANSVILLE IN 47731-3251


AMERICAN INFOSOURCE LP AS AGENT FOR
T MOBILE/T-MOBILE USA INC
PO Box 248848
Oklahoma City, OK 73124-8848

ASSET ACCEPTANCE CORP.
P.O. Box 2039
Warren, MI 48090-2039

All Credit Lenders
7914 N Second St
Machesney Park, IL 61115-2812


Asset Acceptance LLC / Assignee / Target Nat
Po Box 2036
Warren MI 48090-2036

CITIZENS FINANCE
6457 North Second Street
Loves Park, IL 61111-4109

COMCAST
4450 Kishwaukee Street
Rockford, IL 61109-2944


COMMONWEALTH EDISON COMPANY
Attention: Credit Department
2100 Swift Drive
Oak Brook, IL 60523-1559

CREDITORS' PROTECTION SERVICE
202 W. State St, 3rd Floor
P.O. Box 4115
Rockford, IL 61110-0615

Chase Home Finance LLC
c/o Pierce & Associates
1 North Dearborn
Suite #1300
Chicago, IL 60602-4321


Cottonwood Financial Illinois, LLC
1901 Gateway Drive
d/b/a The Cash Store and/or CashASAP
Suite 200
Irving, TX 75038-2425

Cottonwood Financial Illinois, LLC.
1901 Gateway Drive, Ste 200
Irving, TX 75038-2425

Cottonwood Finanvcial
1901 Gateway Drive Suite 200
Irving, TX 75038-2425


(p)CREDITORS BANKRUPTCY SERVICE
PO BOX 800849
DALLAS TX 75380-0849

D.M. READERS SERVICE
221 White Horse Pike
P.O. Box 130
Clementon, NJ 08021-0800

DENTAL EXPERTS LLC
6215 E. State Street
Rockford, IL 61108-2514


EBI A BIOMET CO.
P.O. Box 8500-41335
Philadelphia, PA 19178-1335

ERIE INSURANCE
100 Erie Ins. Place
Erie, PA 16530-9000

FOREST CITY DIAGNOSTIC IMAGING
735 N Perryville Road
Rockford, IL 61107-6236


Freese & Goss PLLC
3500 Maple Ave Suite 1100
Dallas TX 75219-3905

GE Money Bank
c/o Recovery Management Systems Corp
Attn: Ramesh Singh
25 SE 2nd Avenue Suite 1120
Miami FL 33131-1605

HEALTHFIRST PHYS REHAB
1007 W. Riverside Blvd.
Rockford, IL 61103-2158

LOVES PARK WATER
P.O. Box 2275
Loves Park, IL 61131-0275

MIDLAND CREDIT MANAGEMENT
P.O. Box 939069
San Diego, CA 92193-9069

MUTUAL MANAGEMENT SERVICES
401 E. State Street 2nd Floor
Rockford, IL 61104-1027

NICOR GAS COMPANY
P.O. Box 549
Aurora, IL 60507-0549

ODESSA NEUROLOGY CLINIC & EMG
P.O. Box 2189
Loves Park, IL 61130-0189

PALISADES COLLECTIONS LLC
VATIV RECOVERY SOLUTIONS, LLC
As Agent For PALISADES COLLECTIONS LLC
P.O. Box 19249
Sugar Land, TX 77496-9249

PFG OF MINNESOTA
P.O. Box 4115, Dept 683
Concord, CA 94524-4115

PHARMACARE DIRECT
P.O. Box 371029
Pittsburgh, PA 15251-7029
Mail Being Returned

PRA Receivables Management, LLC
As Agent Of Portfolio Recovery Assocs.
c/o SBC
POB 41067
NORFOLK VA 23541-1067

RECEIVABLE MANAGEMENT SERVICES
240 Emery Street
Bethlehem, PA 18015-1980

RMH PATHOLOGISTS LTD
c/o PBO, Inc.
6785 Weaver Road, #D
Rockford, IL 61114-8055

ROCK RIVER DISPOSAL
4002 South Main Street
Rockford, IL 61102-4664

ROCK RIVER WATER RECLAMATION DISTRI
3333 Kishwaukee Street
P.O. Box 6207
Rockford, IL 61125-1207

ROCKFORD HEALTH MEDICAL LABORATORY
2400 N. Rockton Avenue
Rockford, IL 61103-3655

ROCKFORD HEALTH PHYSICIANS
2300 N. Rockton Avenue
Rockford, IL 61103-3619

ROCKFORD HEALTH SYSTEMS
Anesthesiology Services
6785 Weaver Road, Suite D
Rockford, IL 61114-8057

ROCKFORD MERCANTILE AGENCY
2502 S. Alpine Road
Rockford, IL 61108-7813

ROCKFORD RADIOLOGY
P.O. Box 5368
Rockford, IL 61125-0368

SEVENTH AVENUE
1112 -7th Avenue
Monroe, WI 53566-1364

SOCIAL SECURITY ADMINISTRATION
502 East Jefferson
Rockford, IL 61107-4076

SPECTRABRACE
11802 Brinley Ave Suite 102
Louisville, KY 40243

Seventh Avenue
C/O Creditors Bankruptcy Service
P.O. Box 740933
Dallas, TX 75374-0933

(p)C O AMERICAN INFOSOURCE LP
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

(p)COTTONWOOD FINANCIAL DBA THE CASH STORE AN
1901 GATEWAY DRIVE
SUITE 200
IRVING TX 75038-2425

Vativ Recovery Solutions
P O Box 19249
Sugar Land, TX 77496-9249